IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30525
Conference Calendar
_____

JAMES BOLTON,

                                    Petitioner-Appellant,

versus

BURL CAIN, Acting Warden; RICHARD P. IEYOUB,
Attorney General, State of Louisiana,

                                    Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-531
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Appellant James Bolton challenges the denial of his second
petition for a writ of habeas corpus.  The district court
dismissed the petition after Bolton failed to file a timely
response to the court's direction that he complete a form
explaining why his petition should not be dismissed as an abuse
of the writ, pursuant to Rule 9(b) of the Rules Governing 28
U.S.C. § 2254 Proceedings.  On appeal, Bolton addresses only the
merits of his substantive claims but does not address the Rule

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

9(b) issue, which he thereby abandons.  <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).  Because no challenge to the Rule 9(b) grounds is before us, we may not reach the merits.  <u>See</u> <u>Foret v. Whitley</u>, 965 F.2d 18, 20 (5th Cir. 1992).  The appeal is frivolous and is dismissed as such.  <u>See</u> 5th Cir. R. 42.2.

APPEAL DISMISSED.